Thomas Walter WRIGHT,
Plaintiff—Appellant,

v.

Chief SWING; K.W. Brady; Sam Post; R.D. Ball; G.W. Hastings; J. Bryant; City of Greensboro, A Municipal Corporation; Wallace C. Harrelson, Public Defender for the Eighteenth Judicial District; Greensboro Police Officers, Defendants—Appellees.

No. 06–6106.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 28, 2006.

Thomas Walter Wright, Appellant Pro Se. Polly D. Sizemore, Hill, Evans, Duncan, Jordan & Davis, P.L.L.C., Greensboro, North Carolina; Grady L. Balentine, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Walter Wright appeals the district court's order accepting the recommendation of the magistrate judge and

denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wright v. Swing,* No. 1:05–cv–00264–JAB (M.D.N.C. Dec. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*